EDWARD J. WYNNE (SBN 165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
80 E. Sir Frances Drake Blvd, Suite 3G
Larkspur, CA 94939
Telephone:      415.461.6400
Facsimile:      415.461.3900

BRYAN J. MCCORMACK (SBN 192418)
bryan@bmcclaw.com
MCCORMACK LAW FIRM
1299 4th Street, Suite 505A
San Rafael, CA 94901
Telephone:      415.925.5161
Facsimile:      415.651.7837

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CIPOLLA, ALEXIS WOOD, BERNADETTE BLANCHARD, SHIRIN LESSAN, DENNIS FISHER, and JAMIE ARIAS individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>      v.<br>TEAM ENTERPRISES, LLC; NEW TEAM LLC, doing business as TEAM ENTERPRISES,<br>                Defendants. | Case No. 4:18-cv-06867-HSG<br><br>**ORDER TO TRANSMIT UNCASHED SETTLEMENT FUNDS AND ORDER RELEASING THE REMAINDER OF ATTORNEY'S FEES**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Ctrm. 2, 4th Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

---

4:18-cv-06867-HSG

The Court, having considered Plaintiffs' request, the record in this action, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

1.      The Court-appointed Settlement Administrator, Phoenix Settlement Administrators ("Phoenix"), reports that 966 settlement checks remain uncashed, totaling $47,619.79, and that no class members requested reissuance despite reminder efforts.

2.      Pursuant to the terms of the Settlement Agreement and applicable law, Phoenix is hereby ORDERED to transmit all remaining uncashed settlement funds to the California Controller's Unclaimed Property Division in the name of the respective class members.

3.      Upon completion of the transfer described above, Phoenix shall be deemed to have fulfilled its obligations as Settlement Administrator in this action, except for any ministerial tasks necessary to effectuate this Order.

4.      The Court previously approved an award of attorneys' fees, 50% of which was held back pending completion of settlement administration. In light of the completion of the claims process and administration efforts, the Court finds that release of the remaining attorneys' fees is appropriate.

5.      Accordingly, the remaining balance of any attorneys' fee holdback is hereby ORDERED released to Class Counsel.

6.      With the completion of the above steps, the settlement administration is deemed complete.

**IT IS SO ORDERED.**

Dated:    5/14/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

1