EDWARD J. WYNNE (SBN 165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
80 E. Sir Frances Drake Blvd, Suite 3G
Larkspur, CA 94939
Telephone:    415.461.6400
Facsimile:    415.461.3900

BRYAN J. MCCORMACK (SBN 192418)
bryan@bmcclaw.com
MCCORMACK LAW FIRM
1299 4th Street, Suite 505A
San Rafael, CA 94901
Telephone:    415.925.5161
Facsimile:    415.651.7837

Attorneys for Plaintiffs

WILLIAM HAYS WEISSMAN, Bar No. 178976
wweissman@littler.com
YESENIA GARCIA PEREZ, Bar No. 264880
ygarciaperez@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:    925.932.2468
Fax No.:      925.946.9809

Attorneys for Defendants
TEAM ENTERPRISES, LLC; NEW TEAM, LLC,
doing business as TEAM ENTERPRISES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CIPOLLA, ALEXIS WOOD, BERNADETTE BLANCHARD, SHIRIN LESSAN, DENNIS FISHER, and JAMIE ARIAS individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TEAM ENTERPRISES, LLC; NEW TEAM LLC, doing business as TEAM ENTERPRISES,<br><br>        Defendants. | Case No. 4:18-cv-06867-HSG<br><br>**STIPULATION OF FINAL JUDGMENT AND DISMISSAL**<br><br>Hon. Haywood S. Gilliam Jr.<br>Courtroom:  2 [4th Floor]<br>1301 Clay Street<br>Oakland, CA 94612 |

(CASE NO.  4:18-cv-06867-HSG)

1

Subject to its terms and conditions and the approval of the Court, this Joint Stipulation of Final Judgment and Dismissal ("Stipulated Judgment and Dismissal") is made and entered into by and between Plaintiffs JAMIE ARIAS, FELICIA CIPOLLA, and ALEXIS WOOD, individually and on behalf of the class ("Plaintiffs") and Defendants Team Enterprises LLC and New Team, LLC (collectively "Defendants") (collectively the "Parties"). Pursuant to the Court's May 14, 2026 Order (Dkt. 257) and Federal Rule of Civil Procedure 58, the Parties hereby stipulate as follows:

1. On November 13, 2018, Plaintiffs filed a Rule 23 Class Action Complaint against Defendants alleging wage and hour violations and claims pursuant to the California Private Attorneys General Act ("PAGA") in this Court ("Action"). (Dkt. 1).

2. On January 19, 2024, the Parties executed a Class and PAGA Settlement and Release Agreement ("Settlement Agreement").

3. On June 13, 2024, the Court granted preliminary approval of the Parties' Settlement Agreement resolving all class claims and representative or individual PAGA claims alleged in the Action consistent with the Parties' Settlement Agreement. (Dkt. 231).

4. On October 28, 2024, the Court granted final approval of the Parties' Settlement Agreement resolving all class claims and representative or individual PAGA claims alleged in the Action consistent with the Parties' Settlement Agreement. (Dkt. 243).

5. On May 14, 2026, the Court deemed the settlement administration of this Action complete. (Dkt. 256).

6. All claims asserted in this Action are dismissed with prejudice as to Plaintiffs and the Class Members to the maximum extent permitted by law and as set forth in the Parties' Settlement Agreement. The PAGA Claims asserted in this Action shall be dismissed with prejudice as to Plaintiffs and all PAGA Members to the maximum extent permitted by law and as set forth in the Parties' Settlement Agreement. All Class Members who did not properly and timely opt out from the Class Settlement are permanently enjoined from pursuing or seeking to reopen any of the Settled Claims, as defined in the Settlement Agreement to the maximum extent permitted by law. All PAGA Members are permanently enjoined from pursuing or seeking to reopen, any of the PAGA Claims, as defined in the Settlement Agreement to the maximum extent permitted by law. Except as set forth in the

(CASE NO.  4:18-cv-06867-HSG)

2

STIPUATION OF FINAL JUDGMENT AND DISMISSAL

Settlement Agreement and the Order granting final approval of the Parties' Settlement Agreement, each party is to bear their own attorney's fees and costs.

7. In accordance with the Parties' Settlement Agreement, dismissal of Plaintiffs' Complaint shall be a final judgment on the merits, entitled to *res judicata* effect and be final and binding upon Class Members, PAGA Members and the LWDA.

8. Final judgment in this matter is hereby entered in conformity with the Parties' Settlement Agreement and this Court's Order granting final approval of the Settlement Agreement.

9. Without affecting the finality of the Stipulated Judgment and Dismissal, this Court retains continuing jurisdiction over the interpretation, implementation, and enforcement of the Settlement Agreement with respect to all Parties to this action, and their counsel of record.

Dated: June 2, 2026                          LITTLER MENDELSON, P.C.

/s/ YESENIA GARCIA PEREZ
WILLIAM HAYS WEISSMAN
YESENIA GARCIA PEREZ
*Attorneys for Defendants*

Dated: June 2, 2026                          WYNNE LAW FIRM

/s/ EDWARD J. WYNNE
EDWARD J. WYNNE
*Co-Counsel for Plaintiffs and Certified Class*

Dated: June 2, 2026                          MCCORMACK LAW FIRM                    :

/s/ BRYAN J. MCCORMACK
BRYAN J. MCCORMACK
*Co-Counsel for Plaintiffs and Certified Class*

(CASE NO.  4:18-cv-06867-HSG)

STIPUATION OF FINAL JUDGMENT
AND DISMISSAL

## **ORDER AND JUDGMENT**

For good cause shown and consistent with the Federal Rules of Civil Procedure 58, the Court's October 28, 2024 Order granting final approval of the Class Settlement and approval of the PAGA Settlement and the above foregoing stipulation by the Parties, the Court hereby enters judgment and dismisses this action with prejudice in accordance with the above foregoing stipulation by the Parties.

Dated: 6/3/2026

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

4896-2214-1419.1 / 097748-1002

(CASE NO.  4:18-cv-06867-HSG)

4

STIPUATION OF FINAL JUDGMENT
AND DISMISSAL

4929-1310-2255.1 / 097748.1002